**Jerry A. HURST, Plaintiff—Appellant,**

v.

**CITY OF SALISBURY, MARYLAND; Chief Webster; Captain Wiley; Officer Smullen, in their individual and official capacities; State Farm Mutual Automobile Insurance Company; Marshall Major; Marty A. Harbin; John D. Mcgavin; Maxwell Huddleston Wiegard; Guy M. Harbert, III; Does 1–50, in their individual and official capacities, Defendants—Appellees.**

No. 10–2274.

United States Court of Appeals, Fourth Circuit.

Submitted: May 26, 2011.

Decided: May 31, 2011.

Jerry A. Hurst, Appellant Pro Se.

Before KING, SHEDD, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jerry A. Hurst appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Hurst v. City of Salisbury, Md.,* No. 1:10–cv–02516–WDQ, 2010 WL 4103682 (D.Md. Oct. 18, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*